UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

1. TONY TERRELL ROBINSON and
2. TANKA JAMES TETZLAFF,

        Defendants.

INDICTMENT CR 14 -264 PJS/JJK

18 U.S.C. § 2
18 U.S.C. § 286
18 U.S.C. § 287

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Conspiracy to Defraud)

**I. The Conspiracy.**

1. Beginning in or about October 2009 and continuing through at least August 2010, in the State and District of Minnesota and elsewhere, the defendants,

**TONY TERRELL ROBINSON and
TANKA JAMES TETZLAFF,**

knowingly and willfully conspired with each other and with C.A., V.W., D.C, and others, both known and unknown to the Grand Jury, to defraud the United States by obtaining the payment or allowance of false, fictitious, and fraudulent claims.

**II. Object of the Conspiracy.**

2. The object of the conspiracy was to obtain money from the United States through the Internal Revenue Service by filing false federal income tax returns claiming refunds to which the filers were not entitled.



### III. Manner and Means of the Conspiracy.

3. From in or about October 2009 through approximately September 2010, TONY TERRELL ROBINSON and TANKA JAMES TETZLAFF, who were incarcerated by the state of Minnesota in the Faribault Correctional Facility, worked with C.A., V.W., D.C., and others to prepare and file false federal income tax returns and fraudulently claim tax refunds.

4. As part of their scheme, the defendants solicited others, including other state prisoners, to provide them with their names and social security numbers in order for false tax returns to be prepared for these "filing co-conspirators." Also as part of the scheme, the defendants and other co-conspirators completed the false tax returns using false wage and federal income tax withholding information. The false tax returns claimed the filing co-conspirators were entitled to income tax refunds because the purported income tax withholding amounts were higher than the taxes the co-conspirators reported they owed. In fact, the filing co-conspirators had not earned the wages they reported, they did not have income tax withheld from the purported wages, and they were not entitled to the refunds being claimed. The defendants prepared and filed the tax returns, or arranged for them to be prepared and filed, knowing they were false.

5. The defendants and other co-conspirators directed the IRS to pay the income tax refunds in the form of a check or by having the refunds deposited directly into bank accounts or deposited onto debit cards. The defendants, with the help of C.A., V.W., D.C., and other co-conspirators, obtained payments for their role in executing the scheme in a variety of ways. If an income tax refund for a filing co-conspirator was

obtained through the scheme, payments were sometimes obtained by having the refund check sent to an address they controlled and then cashing the refund check by obtaining authorization from the filing co-conspirators to do so through Power of Attorney forms. Another method of obtaining payment was for the defendants to have the refunds deposited directly into bank accounts they controlled.

**IV.   False Claims.**

6.   As a result of the conspiracy, over $400,000 of false claims were made to the Internal Revenue Service.

All in violation of Title 18, United States Code, Section 286.

## COUNTS 2-11
(False Claims)

7.   The Grand Jury re-alleges paragraphs 2 through 5 of this indictment.

8.   On or about the dates specified below for each count, in the State and District of Minnesota, the defendant,

**TONY TERRELL ROBINSON,**

and others, both known and unknown to the Grand Jury, each aiding and abetting the other, made and presented to the United States Treasury Department claims against the United States for payment, which TONY ROBINSON knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared a United States individual income tax return which was presented to the United States Treasury Department, through the Internal Revenue Service, and which was assigned the IRS document locator number set forth below for each count, wherein the tax return for the individual whose initials are set

forth below for each count, claimed a refund of taxes in the amount set forth below for each count, knowing such claim to be false, fictitious, and fraudulent as follows:

| Count | Approx. Date Received | Tax Year | Initials/Name of Filing Individual | False Federal Refund Claimed | IRS Document Locator Number |
|---|---|---|---|---|---|
| 2 | 12/21/09 | 2006 | R.E. | $1,164 | 89207-009-15011-0 |
| 3 | 12/21/09 | 2007 | R.E. | $1,805 | 89207-002-06114-0 |
| 4 | 12/21/09 | 2006 | M.M. | $1,164 | 89207-009-18317-0 |
| 5 | 12/21/09 | 2007 | M.M. | $1,805 | 89207-002-05812-0 |
| 6 | 4/29/10 | 2009 | Tony Robinson | $2,265 | 89207-121-07760-0 |
| 7 | 7/8/11 | 2010 | T.J. | $2,143 | 89207-190-06418-1 |
| 8 | 8/13/12 | 2011 | T.J. | $2,062 | 89207-245-04126-2 |
| 9 | 3/17/12 | 2011 | M.L. | $1,764 | 89207-077-46204-2 |
| 10 | 7/8/11 | 2010 | D.W. | $2,143 | 89207-190-06301-1 |
| 11 | 3/24/12 | 2011 | D.W. | $2,036 | 89207-084-49520-2 |

All in violation of Title 18, United States Code, Sections 2 and 287.

## COUNTS 12-21
(False Claims)

9. The Grand Jury re-alleges paragraphs 2 through 5 of this indictment.

10. On or about the dates specified below for each count, in the State and District of Minnesota, the defendant,

**TANKA JAMES TETZLAFF,**

and others, both known and unknown to the Grand Jury, each aiding and abetting the other, made and presented to the United States Treasury Department claims against the United States for payment, which TANKA TETZLAFF knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared a United States individual income tax return which was presented to the United States Treasury Department, through the

United States v. Tony Terrell Robinson, et al.

Internal Revenue Service, and which was assigned the IRS document locator number set forth below for each count, wherein the tax returns for the individual whose initials are set forth below for each count, claimed a refund of taxes in the amount set forth below for each count, knowing such claim to be false, fictitious, and fraudulent as follows:

| Count | Approx. Date Received | Tax Year | Initials of Filing Individual | False Federal Refund Claimed | IRS Document Locator Number |
|---|---|---|---|---|---|
| 12 | 10/31/09 | 2006 | D.W. | $753 | 89207-304-14256-0 |
| 13 | 10/31/09 | 2007 | D.W. | $721 | 89207-304-14300-9 |
| 14 | 10/19/09 | 2008 | D.W. | $1,347 | 89207-297-05939-9 |
| 15 | 2/7/10 | 2009 | D.W. | $1,865 | 89207-038-23801-0 |
| 16 | 6/5/10 | 2009 | D.B. | $2,265 | 89207-156-21210-0 |
| 17 | 12/29/09 | 2006 | R.B. | $898 | 09207-065-38941-0 |
| 18 | 12/28/09 | 2007 | R.B. | $1,164 | 89207-002-13059-0 |
| 19 | 12/22/09 | 2008 | R.B. | $1,825 | 89207-002-12724-0 |
| 20 | 12/22/09 | 2008 | P.G. | $1825 | 89207-002-12727-0 |
| 21 | 8/21/10 | 2009 | P.G. | $4,072 | 89207-233-17706-0 |

All in violation of Title 18, United States Code, Sections 2 and 287.

A TRUE BILL

UNITED STATES ATTORNEY          FOREPERSON