| **Robinson Restitution Summary** | | | | |
|---|---|---|---|---|
| Robinson Restitution Total | **$197,125** | | | |
| | | $9,312 | Jointly with Tetzlaff, Walberg, and Crist | |
| | | $3,858 | Jointly with Tetzlaff and Walberg | |
| | | | Total Joint with Walberg | $13,170 |
| | | $20,194 | Jointly with Tetzlaff and Crist | |
| | | | Total Joint with Crist | $29,506 |
| | | $18,589 | Jointly with Tetzlaff and Allen | |
| | | $113,847 | Jointly with Tetzlaff | |
| | | | Total Joint with Tetzlaff | $165,800 |
| | | $3,522 | Jointly with Allen | |
| | | | Total Joint with Allen | $22,111 |
| Total Joint with Walberg, Crist, Tetzlaff, and Allen | $169,322 | | | |
| Robinson Individually | $27,803 | | | |

**Government Sentencing Exhibit A**

Criminal No. 14-264(1) (DWF/JJK)