EXHIBIT A

27-CR-07-126153

**State of Minnesota**
**County of Hennepin**

**District Court**
**Fourth Judicial District**

| CCT | LIST CHARGE STATUTE ONLY | MOC | GOC | CTY ATTY FILE NO. | CONTROLLING AGENCY | CONTROL NO. |
|---|---|---|---|---|---|---|
| 1 | §609.527 | U1732 | N | 07-3184 | MN0270100 | 07008241 |
| 2 | §609.821 | U1552 | N | | | |

COURT CASE NO.          DATE FILED

☐ Amended    ☐ Tab Charge Previously Filed

☐ if more than 6 counts (see attached)  ☐ if Domestic Assault as defined by MS 518B01, sub2a,b

**State of Minnesota,**

PLAINTIFF,

VS.

NAME: first, middle, last
**TONY TERRELL ROBINSON**

DEFENDANT,

ST LOUIS PARK, MN 55416

☐ SERIOUS FELONY     ☐ SUMMONS
☒ FELONY             ☒ WARRANT 27CR07126153-1
☐ GROSS MISDM DWI    ☐ ORDER OF DETENTION
☐ GROSS MISDM        ☐ EXTRADITION

Date of Birth: ▓/84

MNCIS #:
LE#:       07-27308
SILS ID:   566795
TRACK ID:  2150620

**COMPLAINT**

*The Complainant, being duly sworn, makes complaint to the above named Court and states that there is probable cause to believe that the Defendant committed the following offense(s). The complainant states that the following facts establish PROBABLE CAUSE:*

Your Complainant, Detective Cory Cardenas, is an investigator for the Bloomington Police Department (BPD). In that capacity, he has investigated the facts and circumstances of this matter.

Complainant has learned that between May 30, 2007 and July 20, 2007, at Sears stores located in Bloomington, Hennepin County, Minnesota, and in Burnsville, Dakota County, Minnesota, **TONY TERRELL ROBINSON**, DOB 5/20/84, the defendant herein, used the information of S.S. and B.Z., known adult males, to assume their identities in order to commit financial transaction card fraud.

On July 20, 2007, officers responded to Sears, located in Bloomington, Hennepin County, Minnesota. They learned that on **July 16, 2007**, a male later identified as defendant, **TONY TERRELL ROBINSON**, tried to purchase a $500 gift certificate and some items of clothing using a Sears Rapid Credit slip he had just obtained by opening a Sears Credit account with the information S.S., a known adult male. The store manager refused defendant's attempt to buy the gift card. He was allowed to buy two pieces of clothing valued at $53.98. Loss Prevention determined that defendant had also committed a fraudulent transaction on **June 28, 2007** at the Sears store in Burnsville, Dakota County, Minnesota, where he used a recently opened Sears account in the name of B.Z, a known adult male, to buy $1,100.00 worth of electronic items and clothing. The store denied the purchase, and defendant left with the fraudulent Sears account information and MN paper driver's license.

During the investigation, Complainant learned that on **May 30, 2007** defendant had successfully used B.Z.'s information to charge $3,595.47 worth of merchandise at the Bloomington Sears store. On May 31, 2007, defendant tried to buy a television in the Sears store in Brooklyn Center, Hennepin County, Minnesota, again using a paper ID in the name of B.Z. The store denied the purchase. Later on May 31, 2007, at the Sears located in Burnsville, Dakota County, Minnesota, defendant was able to use B.Z.'s information to buy $386.64 in clothing and two gift cards in the

amount of $500.00 each for a total of $1,000. He redeemed the gift cards at the Brooklyn Center Sears Store between May 31, 2007 and June 3, 2007.

Neither S.S. nor B.Z. authorized defendant to use their identities for any purpose, including committing financial transaction card fraud. The total amount of loss was in excess of $2,500.

Defendant is not in custody, and his whereabouts are unknown.

COMPLAINT SUPPLEMENT

| CCT | SECTION/Subdivision | M.O.C. | GOC |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## OFFENSE

**COUNT 1:** IDENTITY THEFT (FELONY)
MINN. STAT. § 609.527, SUBD. 2; SUBD. 3(4)
PENALTY: 0-10 YEARS AND/OR $20,000

That on or between May 30, 2007 and July 20, 2007, in Hennepin and Dakota Counties, Minnesota, **TONY TERRELL ROBINSON**, transferred, possessed, or used an identity that was not his own, with the intent to commit, aid, or abet an unlawful activity and there were more than three but less than eight direct victims or the total loss was more than $2,500.

**COUNT 2:** FINANCIAL TRANSACTION CARD FRAUD (UNAUTHORIZED USE) (FELONY)
MINN. STAT. § 609.821, SUBD. 2(1), SUBD. 3(a)(1)(ii)
PENALTY: 0-10 YEARS AND/OR $20,000

That on or about between May 30, 2007 and July 20, 2007, in Hennepin and Dakota Counties, Minnesota, **TONY TERRELL ROBINSON** used or attempted to use financial transaction cards to obtain property of another, of an aggregate value in excess of $2,500, belonging to *Sears-Bloomington, Sears-Burnsville and Sears-Brooklyn Center*, without the consent of the cardholders, *S.S. and B.Z.*, and knowing that the cardholders had not given consent.

**NOTICE:** You must appear for every court hearing on this charge. A failure to appear for court on this charge is a criminal offense and may be punished as provided in Minn. Stat. § 609.49.

THEREFORE, Complainant requests that said Defendant, subject to bail or conditions of release be
(1) arrested or that other lawful steps be taken to obtain defendant's appearance in court; or
(2) detained if already in custody, pending further proceedings;
and that said Defendant otherwise be dealt with according to law.

COMPLAINANT'S NAME: Cory Cardenas

COMPLAINANT'S SIGNATURE:

Being duly authorized to prosecute the offense(s) charged, I hereby approve this Complaint.

DATE: 11/8/07 red

PROSECUTING ATTORNEY'S SIGNATURE:

PROSECUTING ATTORNEY
NAME/TITLE:
CARLA J. HAGEN (180853)
Assistant County Attorney

ADDRESS/TELEPHONE:
C2100 Government Center, Minneapolis, MN 55487
Telephone: 348-6415/2783

FORM I-2    Rev. 3/94

Court Case #
This COMPLAINT was subscribed and sworn to before the undersigned this ____ day of ____ 20__

NAME                                                      SIGNATURE

TITLE

### FINDING OF PROBABLE CAUSE

From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant(s) arrest or other lawful steps be taken to obtain Defendant(s) appearance in Court, or his detention, if already in custody, pending further proceedings. The Defendant(s) is/are therefore charged with the above-stated offense.

### SUMMONS

☐ THEREFORE YOU, THE ABOVE-NAMED DEFENDANT(S), ARE HEREBY SUMMONED to appear on the ____ day of ____ 20__ at ____ AM/PM before the above-named court at ____ to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### WARRANT
☐ EXECUTE IN MINNESOTA ONLY

☒ To the sheriff of the above-named county, or other person authorized to execute this WARRANT, I hereby order, in the name of the State of Minnesota, that the above-named Defendant(s) be apprehended and arrested without delay and brought promptly before the above-named Court (if in session, and if not, before a Judge or Judicial Officer of such Court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon thereafter as such Judge or Judicial Officer is available) to be dealt with according to law.

### ORDER OF DETENTION

☐ Since the above-named Defendant(s) is already in custody, I hereby order, subject to bail or conditions of release, that the above-named Defendant(s) continue to be detained pending further proceedings.

Bail: $20,000 CR

Conditions of Release:

This COMPLAINT - WARRANT duly subscribed and sworn to is issued by the undersigned Judicial Officer this 30 day of Nov 2006

NAME:                                                     SIGNATURE

TITLE: **JUDGE OF DISTRICT COURT**                        /S/ PATRICIA L. ____
                                                          Judge of District Court

Sworn testimony has been given before the Judicial Officer by the following witnesses:

NOV 3 0 2007

| STATE OF MINNESOTA        COUNTY OF HENNEPIN | Clerk's Signature or File Stamp: |
|---|---|
| **STATE OF MINNESOTA**<br><br>Plaintiff<br><br>Vs.<br><br>TONY TERRELL ROBINSON<br><br>Defendant. | RETURN OF SERVICE<br>I hereby Certify and Return that I have served a copy of this COMPLAINT – SUMMONS, WARRANT, ORDER OF DETENTION upon Defendant(s) herein named.<br>Signature of Authorized Service Agent: |