| State of Minnesota | County of Dakota | District Court |

| CCT | LIST CHARGE STATUTE ONLY | MOC | GOC | CITY ATTY FILE NO. | CONTROLLING AGENCY | CONTROL NO. |
|---|---|---|---|---|---|---|
| 1 | 609.821 s 2(2) | U156B | N | CA-07-1889 | MN0190100 | 07005206 |
| 2 | 171.24 s 1 | J3901 | N | | | |

[ ] Domestic Assault

COURT CASE NO.   DATE FILED

19HACL081897

**State of Minnesota,**

[ ] Amended                                    [ ] Tab Charge Previously Filed

                                                                                                 [X] SUMMONS
                                             [ ] Serious Felony        [ ] WARRANT
              **PLAINTIFF,**      [X] Felony               [ ] ORDER OF DETENTION
vs.                                          [ ] Gross Misdm DWI
                                             [ ] Gross Misdm

NAME: first, middle, last                                          Date of Birth

**Tony Terrell Robinson**                                       -84       EXHIBIT B

                      **DEFENDANT.**

# COMPLAINT

*The Complainant, being duly sworn to the above-named Court and states that there is probable cause to believe that the Defendant committed the following offense(s). The complainant states that the following facts establish PROBABLE CAUSE:*

    I, the undersigned, am an Investigator with the Burnsville Police Department. I have investigated this matter, read the reports of others and state the following to be true.

    On or about June 26, 2007, Officers were dispatched to a retail store located on Buck Hill Road, in the city of Burnsville, Dakota County, Minnesota, on a report that a black male later identified using the Department of Vehicle Services website as Tony Terrell Robinson, date of birth: 5-20-1984, attempted to use a fraudulent store credit account.

    Officers spoke with store employees who stated that Robinson attempted to purchase over $1,000 in store merchandise by giving the cashier a name with the initials B.Z., and then asking the cashier to look up the account information on that name. Loss prevention employees had previously identified this account as fraudulent from a different incident, involving a different individual claiming to be B.Z. When the cashier asked for identification, Robinson said that he lost his identification in the Bahamas and that he only had a paper Minnesota driver's license and a fitness club membership card. The cashier told Officers that the paper driver's license matched the name on the store account, but that the picture on the fitness club membership card was not of Robinson. The cashier further

**COMPLAINT SUPPLEMENT**

PAGE 2

reported to officers, that when Robinson was told that they could not accept his identification, Robinson stated that he was going to leave and go get cash.

Loss prevention employees watched Robinson leave the store without any merchandise, and get into a white Chrysler Sebring, Minnesota License Plate NYD629. An Officer arrived in the area and saw the same vehicle leaving the parking lot. The Officer initiated a traffic stop, and the driver of the vehicle was identified as Robinson. Robinson was placed under arrest. During a routine check, an Officer discovered that Robinson had a suspended driver's license.

## OFFENSE

*[handwritten: Guilty]*

**COUNT I - FINANCIAL TRANSACTION CARD FRAUD**
**M.S. 609.821, subd. 1; subd. 2(2), subd. 3(a)(1)(iii); 609.101**                0-5 years and/or $3,000 to $10,000

That on or about June 28, 2007, in the City of Burnsville, Dakota County, Minnesota, Tony Terrell Robinson used or attempted to use a card knowing it to be forged, false, or fictitious to obtain the property of another, and the value of the property exceeded $250 but not more than $2,500.

**OFFENSES CONTINUED ON NEXT PAGE**

COMPLAINT SUPPLEMENT

PAGE 3

**COUNT II – DRIVING AFTER SUSPENSION**
Minn. Stat. §171.24, Subd. 1; 609.101        *Dismiss*        0-90 days and/or $300 to $1,000

That on or about June 28, 2007, in the City of Burnsville, Dakota County, Minnesota, Tony Terrell Robinson did drive a motor vehicle upon a street or highway when his own driver's license or driving privilege has been suspended.

*NOTICE: You must appear for every court hearing on this charge. A failure to appear for court on this charge is a criminal offense and may be punished as provided in Minn. Stat. §609.49.*

*THEREFORE, Complainant requests that said Defendant, subject to bail or conditions of release be:*
  *(1) arrested or that other lawful steps be taken to obtain defendant's appearance in court; or*
  *(2) detained, if already in custody, pending further proceedings; and that said Defendant otherwise be dealt with according to law.*

COMPLAINANT'S NAME:                          COMPLAINANT'S SIGNATURE
JASON A. SCHIBNER                            *[signature]*

*Being duly authorized to prosecute the offense(s) charged, I hereby approve this Complaint.*

DATE: 6/4/08                                 PROSECUTING ATTORNEY'S SIGNATURE
(jlo)                                        *[signature]*

PROSECUTING ATTORNEY:

NAME/TITLE                                   ADDRESS/TELEPHONE
Tricia A. Loehr                              Judicial Center, Hastings, MN 55033
Special Staff Assistant County Attorney      651-438-4438
Attorney Registration #0388027

62

COMPLAINT SUPPLEMENT

PAGE 4

Court Case # _____

This COMPLAINT was subscribed and sworn to before the undersigned this 29 day of May, 2008

NAME:                                                   SIGNATURE

TITLE:   SANDRA LYN PERSONS
         Notary Public-Minnesota
         My Commission Expires Jan 31, 2010

### FINDING OF PROBABLE CAUSE

*From the above sworn facts, and any supporting affidavits or supplemental sworn testimony, I, the Issuing Officer, have determined that probable cause exists to support, subject to bail or conditions of release where applicable, Defendant(s) arrest or other lawful steps be taken to obtain Defendant(s) appearance in Court, or his detention, if already in custody, pending further proceedings. The Defendant(s) is/are thereof charged with the above-stated offense.*

**X**                                **SUMMONS**

THEREFORE You, THE ABOVE-NAMED DEFENDANT(S), ARE HEREBY SUMMONED to appear on the _____ day of _____, 20___ at _____ AM/PM before the above-named court at the Dakota County Judicial Center, 1560 Highway 55, Hastings, MN 55033 to answer this complaint.

IF YOU FAIL TO APPEAR in response to this SUMMONS, a WARRANT FOR YOUR ARREST shall be issued.

### WARRANT
### EXECUTE IN MINNESOTA ONLY

*To the sheriff of the above-named county; or other person authorized to execute this WARRANT; I hereby order, in the name of the State of Minnesota, that the above-named Defendant(s) be apprehended and arrested without delay and brought promptly before the above-named Court (if in session, and if not, before a Judge or Judicial Officer of such Court without unnecessary delay, and in any event not later than 36 hours after the arrest or as soon thereafter as such Judge or Judicial Officer is available) to be dealt with according to law.*

### ORDER OF DETENTION

*Since the above-named Defendant(s) is already in custody; I hereby order, subject to bail or conditions of release, that the above-named Defendant(s) continue to be detained pending further proceedings.*

Bail:

Conditions of Release:

This COMPLAINT (SUMMONS, WARRANT, ORDER OF DETENTION,) duly subscribed and sworn to, is issued by the undersigned Judicial Officer this ___ day of June, 2008.

JUDICIAL OFFICER:
NAME:                                        SIGNATURE

TITLE:   Judge of District Court

Sworn testimony has been given before the Judicial Officer by the following witnesses:   FILED DAKOTA COUNTY
                                                                                          CARD COUNTY Court Administrator

STATE OF MINNESOTA      COUNTY OF DAKOTA                     Clerk's Signature or File Stamp
                                                              JUN 10 2008
         **State of Minnesota**
                                                              BY _____
            Plaintiff                                             DEPUTY
                                                              RETURN OF SERVICE
         vs.                                                  I hereby Certify and Return that I have served
Tony Terrell Robinson                                         a copy of this COMPLAINT - SUMMONS, WARRANT,
1651 Dakota Avenue South                                      ORDER OF DETENTION upon the Defendant herein-named.
St. Louis Park, MN 55416                                      Signature of Authorized Service Agent:
            Defendant(s)

63